IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 11-29 |
| | ) |
| EMERSON BEGOLLY | ) |
| | ) |

## CHANGE OF PLEA ENDORSEMENT

AND NOW, the Defendant in the above-entitled case hereby withdraws his plea of not guilty entered February 9, 2011, and pleads GUILTY in open Court to the charges in COUNT 3 of the Indictment only filed at Crim. No. 11-29 this 11th day of August, 2011.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)