PROB 12B
(PAWP 4/16)

# UNITED STATES DISTRICT COURT

for the

## WESTERN DISTRICT OF PENNSYLVANIA

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Offender: | Emerson Winfield Begolly | Docket No.:2:11CR00172 and  2:11CR00029 |
| Sentencing Judge: | Maurice B. Cohill, Jr., Senior United States District Judge | |
| Current Judge: | David Stewart Cercone, United States District Judge | |
| Date of Original Sentence: | July 16, 2013 | |
| Original Offense: | Using and Carrying a Firearm During and in Relation to a Crime(2:11CR00029) and Solicitation of a Crime of Violence(2:11CR00172) | |
| Original Sentence: | 102 months of imprisonment(42 months at 2:11CR00172 and 60 months at 2:11CR00029 to be served consecutively); 3 years of supervised release at 2:11CR00172 and five years at 2:11CR00029, to be served concurrently for a total term of supervised release of 5 years. | |
| Special conditions: | Special Assessment, Computer Search, Computer/Internet Restrictions, Search/Seizure, Mental Health Treatment | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: June 1, 2018 |
| Prior Court History: | None | |

### PETITIONING THE COURT

Your petitioner is requesting the following:

☒ To modify the conditions of supervision as follows:

- **All online communications/activities must be conducted in English for the purpose of enforcing the computer monitoring restrictions.**

- **The defendant shall not host a website as an administrator/moderator at any time while under supervision**.

### CAUSE

Based on the history, characteristics, and nature of the offense these conditions would enhance our ability to effectively supervise the offender in the community.

Offender: Emerson Winfield Begolly
Docket No.:2:11CR00172
Page 2

I declare under penalty of perjury that the foregoing is true
and correct.

David J. Danko
Respectfully Submitted,                                        2018.06.12
                                                               11:02:33 -04'00'

By: _____
              David J. Danko
           U.S. Probation Officer

                                          Digitally signed by Wendy M. Brown
Approved By:  **Wendy M. Brown**          Date: 2018.06.12 10:28:58 -04'00'
              _____
                  Wendy Brown
           Supervisory U.S. Probation Officer
Date: _____
                   6/12/2018

**THE COURT ORDERS:**

☐ No Action
☐ The extension of supervision as noted above.
☐ The Modification of conditions as noted above
☐ Other

_____
David Stewart Cercone, United States District Judge
_____
                   Date

PROB 49
(3/89)

# United States District Court

## Western District of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

All online communications/activities must be conducted in English for the purpose of enforcing the computer monitoring restrictions.

The defendant shall not host a website as an administrator/moderator at any time while under supervision.

Witness: _____     Signed: _____
David J. Danko                                    Emerson Winfield Begolly
United States Probation Officer                Probationer or Supervised Releasee

_____
6/1/18
Date