PROB 12B
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Offender: | Emerson Winfield Begolly | Docket No.: 2:11CR00029 |
| Sentencing Judge: | Maurice B. Cohill, Jr., Senior United States District Judge | |
| Assigned Judge: | David S. Cercone, United States District Judge | |
| Date of Original Sentence: | July 16, 2013 | |
| Original Offense: | Using and Carrying a Firearm During and in Relation to a Crime | |
| Original Sentence: | 60 months of imprisonment; 60 months of supervised release | |
| Special conditions: | Special Assessment, Mental Health Treatment, Computer Search, Computer/Internet Restrictions, Search/Seizure, Other Condition | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: June 1, 2018 |
| Prior Court History: | 06-12-2018: Conditions modified with consent of defendant | |

**PETITIONING THE COURT**

Your petitioner is requesting the following:

☒ To modify the conditions of supervision as follows:

To remove the following conditions:

- All online communications/activities must be conducted in English for the purpose of enforcing the computer monitoring restrictions.
- The defendant shall not host a website as an administrator/moderator at any time while under supervision.

To add the following conditions:

- You must not access, view, use or possess any extremist media. "Extremist media" means material, such as literature, video, photos, social media, from groups or individuals who promote the use of violence to further an ideological or religious cause. If you inadvertently access, view, use or possess such material you must immediately report this to the probation officer.

- You must not knowingly associate, communicate, or otherwise interact, with any member of the ISIS or ISOL organization, or any other known terrorist or extremist group or individual. This includes persons who are, or claim to be, involved with violent acts, or advocating for acts of violence. If you inadvertently associate, communicate, or otherwise interact with a known terrorist or extremist group or individual you must immediately report this to the probation officer.

- You are prohibited from conducting online activities or communicating with anyone online in a language other than English, unless approved in advance by the probation officer. You must notify your probation officer immediately should you inadvertently view material in a language other than English either online or through other forms of media that were not previously approved by the probation officer. If it is discovered that you have viewed material or communicated with others in a language other than English, to include any online media, material, or websites, the probation office may use a third party to translate any written or online media, material, or websites, for purposes of screening them for approval or determining if they violate conditions of release.

Offender: Emerson Winfield Begolly
Docket No.: 2:11CR00029
Page 2

## CAUSE

Based on the history, characteristics, and nature of the offense these conditions would enhance our ability to effectively supervise the offender in the community.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

By: _____
David Danko
U.S. Probation Officer
David J. Danko
2022.05.31 10:31:24 -04'00'

Approved By: _____
Tara Kessler
Supervisory U.S. Probation Officer
Tara Kessler
2022.05.31 10:29:56 -04'00'

Date: 5/31/2022

**THE COURT ORDERS:**
☐ No Action
☐ The extension of supervision as noted above.
☒ The Modification of conditions as noted above
☐ Other

s/ DAVID STEWART CERCONE
_____
David S. Cercone, United States District Judge

6/1/2022
_____
Date